1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

APR 13 2006

LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

| | | |
|---|---|---|
| ELSTER ELECTRICITY, LLC, | ) | |
| Plaintiff, | ) | Docket No. 1:05-CV-1138-CC |
| | ) | |
| VS. | ) | |
| | ) | |
| IPCO, LLC, | ) | |
| Defendant. | ) | |
| | ) | |
| IPCO, LLC, | ) | |
| Plaintiff, | ) | Docket No. 1:05-CV-2658-CC |
| | ) | |
| VS. | ) | |
| | ) | |
| CELLNET TECHNOLOGY, INC., | ) | |
| Defendant. | ) | |

Transcript of the Joint Scheduling Conference Proceedings
Before the Honorable Clarence Cooper
February 9, 2006
Atlanta, Georgia

APPEARANCES:

On behalf of Elster
Electricity, LLC:           David R. Bailey, Esq.

On behalf of IPCO, LLC:     Woody Jameson, Esq.
                            Antony L. Sanacory, Esq.

On behalf of CellNet
Technology, Inc.:           Nagendra Setty, Esq.
                            Noah C. Graubert, Esq.

Amanda Lohnaas, RMR, CRR
Official Court Reporter
United States District Court
Atlanta, Georgia