# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>CELLNET TECHNOLOGY, INC.,<br><br>   *Defendant.* | Civil Action No. 1:05-CV-2658-CC |
| ELSTER ELECTRICITY LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>IP CO., LLC,<br><br>   *Defendant.* | Civil Action No. 1:05-CV-1138-CC |

## **PROPOSED ORDER REGARDING SCHEDULING**

This matter is before the Court on Plaintiff IPCO, LL'c Motion for Amended Schedule (the "Motion"). Having reviewed all of the pleadings of record and related documentation submitted by the parties and having heard the arguments of counsel, the Court hereby grants Plaintiff's Motion.

NOW, THEREFORE, it is ORDERED that proceedings in civil action number 1:05-CV-2658 shall proceed according to the following schedule:

1

| Event | Date |
|---|---|
| Patent L.R. 4.4 Cellnet's Amended Response to Infringement Contentions Related to the '062 Patent; Cellnet's Amended Disclosure of Invalidity Contentions Related to the '062 Patent | 7/7/06 |
| Patent L.R. 6.1 Terms to be Construed Related to the '062 Patent | 7/14/06 |
| Patent L.R. 6.2 Terms to be Construed Related to the '062 and '516 Patents | 7/21/06 |
| Patent L.R. 6.3 Joint Claim Construction Statement Related to the '062 and '516 Patents | 8/4/06 |
| Patent L.R. 6.4 Completion of Claim Construction Discovery | 8/21/06 |
| Patent L.R. 6.5(a) Initial *Markman* Brief with exhibits | 9/5/06 |
| Patent L.R. 6.5(b) *Markman* Opposition Brief with exhibits | 9/12/06 |
| *Markman* Hearing | No later than 9/29/06 |
| Close of fact discovery | 45 days after the Court's *Markman* ruling |

SO ORDERED this ___ day of June, 2006.

_____
The Honorable Clarence Cooper

2