# Exhibit E

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

JOHN C. HERMAN
DIRECT DIAL: 404.253.6913
E-MAIL: jcherman@duanemorris.com

www.duanemorris.com

May 1, 2006


BY FACSIMILE


Mr. Nick Setty
Mr. Chris Green
Fish & Richardson
1230 Peachtree Street
19th Floor
Atlanta, GA 30309

   Re: IPCO, LLC v. Cellnet Technology, Inc.;
      Civil Action File no. 1:05-CV-2658-CC

Dear Nick and Chris:

   We write as a follow-up to our discussions regarding Cellnet's refusal to meet and confer timely under Local Patent Rule 6.1 and its refusal to agree to a timely exchange of disclosures under Local Patent Rule 6.2. As you know, under the Scheduling Order, the parties were to exchange Local Rule 6.2 preliminary constructions by April 10, 2006. To date, Cellnet has refused to do so.

   Cellnet's refusal to either meet and confer as required under Local Rule 6.1 or to exchange proposed constructions appears to be based on not receiving a deposition transcript. In fact, both you and I received this transcript on April 3. As a result, Cellnet's unilateral delay has caused substantial delay in the proceeding.

   In addition, the parties were not able to reach agreement on dismissing IPCO's Count II for patent infringement. As a result, IPCO is moving forward with that portion of its case as well. While both parties had held in abeyance certain Local Patent Rule disclosures related to the '062 Patent while we attempted to resolve this claim, we sent to you last week IPCO's infringement contentions.

DuaneMorris

Mr. Nick Setty
Mr. Chris Green
May 1, 2006
Page 2


      We therefore need to confer on putting together an amended schedule for these remaining items.  If you wish, we would be happy to prepare a proposed schedule and send it to you for your consideration.  Please let us know.

Sincerely yours,

John C. Herman

JCH/tac

## DuaneMorris·

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

JOHN C. HERMAN
DIRECT DIAL: 404.253.6913
E-MAIL: jcherman@duanemorris.com

www.duanemorris.com

May 19, 2006

BY FACSIMILE AND U.S. MAIL

Mr. Christopher Green
Fish & Richardson
1230 Peachtree Street
19th Floor
Atlanta, GA 30309

     Re:    IPCO, LLC. v. Cellnet Technology, Inc.;
            Civil Action File No. 1:05-DV-26589-CC

Dear Christopher:

     Thank you for your letter of May 10, 2006. We are confused both by the tone and the substance of your letter. We have repeatedly attempted to discuss scheduling with Cellnet, but Cellnet has refused to dos so. We have multiple email correspondence (including emails of April 21 and 26) where we attempt to try to set up times to discuss this schedule, but you have either not responded or sent us self-serving and disingenuous communications regarding our attempts to try to move forward in this litigation. In fact, contrary to your May 10 letter, Mr. Setty sent an email to me dated April 27, 2006, effectively withdrawing Cellnet from any discussions regarding scheduling. Through Mr. Setty's email, Cellnet made several unreasonable and onerous demands, explicitly stating that IPCO's agreement to such unreasonable demands were predicates to any further scheduling discussions. Since that time, IPCO has repeated its request for a meet and confer, asking only that Cellnet provide a time and let us know if you would like IPCO to make the first attempt at drafting a schedule. Cellnet has yet to offer any dates for a discussion.

     In an effort to move forward productively, we attach a proposed revised schedule to be sent to the Court. We would appreciate your comments at your earliest convenience. While it is certainly our preference to reach consent on this, we will contact the Court for a scheduling conference in the event that we cannot do so.

DuaneMorris

Mr. Christopher Green
May 19, 2006
Page 2


We look forward to hearing back from you.

Sincerely yours,

John C. Herman

JCH/tac

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLNET TECHNOLOGY, INC.,<br><br>*Defendant.* | Civil Action No. 1:05-CV-2658-CC |
| ELSTER ELECTRICITY LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>IP CO., LLC,<br><br>*Defendant.* | Civil Action No. 1:05-CV-1138-CC |

## PROPOSED CONSENT ORDER REGARDING CLAIMS CONSTRUCTION THROUGH PATENT LOCAL RULE 6.6

These cases previously have been consolidated for all claims construction purposes.  The parties in Civil Action No. 1:05-CV-2658-CC have engaged in certain claims construction regarding the '516 Patent, and have agreed to a schedule to complete claims construction for both the '062 Patent and the '516 Patent.

1

NOW, THEREFORE, by stipulation and agreement of the parties, it is ORDERED that proceedings in civil action number 1:05-CV-2658 shall proceed according to the following schedule:

| Event | Shall be due on or before |
|---|---|
| Patent L.R. 4.4 Cellnet's Amended Response to Infringement Contentions Related to the '062 Patent; Cellnet's Amended Disclosure of Invalidity Contentions Related to the '062 Patent | 5/26/06 |
| Patent L.R. 6.1 Terms to be Construed Related to the '062 Patent | 6/2/06 |
| Patent L.R. 6.2 Terms to be Construed Related to the '062 and '516 Patents | 6/9/06 |
| Patent L.R. 6.3 Joint Claim Construction Statement Related to the '062 and '516 Patents | 6/23/06 |
| Patent L.R. 6.4 Completion of Claim Construction Discovery | 7/7/06 |
| Patent L.R. 6.5(a) Initial *Markman* Brief with exhibits | 7/21/06 |
| Patent L.R. 6.5(b) *Markman* Opposition Brief with exhibits | 8/4/06 |
| *Markman* Hearing | No later than 9/29/06 |

IP CO., LLC

By: _____
     JOHN HERMAN
      Georgia Bar No. 348370
     ANTONY L. SANACORY
      Georgia Bar No. 625195

     DUANE MORRIS LLP
     1180 West Peachtree Street
     Suite 700
     Atlanta, GA 30309-3448


ELSTER ELECTRICITY LLC

By: _____
     DAVID BAILEY
     Admitted *pro hac vice*
     WOODCOCK WASHBURN LLP
     One Liberty Place – 46th Floor
     Philadelphia, PA 19103

     MICHAEL A. CICERO
      Georgia Bar No. 125688
     KIRK W. WATKINS
      Georgia Bar No. 740550
     WOMBLE CARLYLE SANDRIDGE &
     RICE, PLLC
     1201 W. Peachtree Street
     Suite 3500
     Atlanta, GA 30309

CELLNET TECHNOLOGY, INC.

By: _____
     NAGENDRA SETTY
      Georgia Bar No. 636205
     DANIEL A. KENT
      Georgia Bar No. 415110
     CHRISTOPHER O. GREEN
      Georgia Bar No. 037617
     NOAH C. GRAUBART
      Georgia Bar No. 141862

     FISH & RICHARDSON P.C.
     1230 Peachtree Street, NE
     19th Floor
     Atlanta, Georgia 30309

SO ORDERED this ___ day of May, 2006.

_____

The Honorable Clarence Cooper

4

```
*********************
***    TX REPORT    ***
*********************


TRANSMISSION OK

TX/RX NO              1951
CONNECTION TEL        06#00002#4048925002#
SUBADDRESS
CONNECTION ID         REGUS ATLANTA-PR
ST. TIME              05/19 15:53
USAGE T               02'29
PGS. SENT                 7
RESULT                OK
```

# DuaneMorris•

DUANE MORRIS LLP
1180 WEST PEACHTREE STREET, SUITE 700
ATLANTA, GA 30309-3448
PHONE: 404.253.6900
FAX: 404.253.6901


# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** | Christopher Green |
| **FIRM/COMPANY:** | Fish & Richardson |
| **FACSIMILE NUMBER:** | (404) 892-5002 |
| **CONFIRMATION TELEPHONE:** | (404) 892-5005 |
| **FROM:** | John C. Herman |
| **DIRECT DIAL:** | 404.253.6913 |
| **DATE:** | May 19, 2006 |
| **USER NUMBER:** | 4409 |
| **FILE NUMBER:** | E3606-00002 |
| **TOTAL # OF PAGES:** (INCLUDING COVERSHEET) | 7 |