Case 1:05-cv-02658-CC  Document 75  Filed 12/18/06  Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cv-02658-CC
## IP Co., LLC v. CellNet Technology, Inc.
## Honorable Clarence Cooper

Minute Sheet for proceedings held In Open Court on 12/18/2006.

| | |
|---|---|
| TIME COURT COMMENCED: 09:30 A.M. | COURT REPORTER: Amanda Lohnaas |
| TIME COURT CONCLUDED: 12:00 P.M. | CSO/DUSM: Allen Franklin |
| TIME IN COURT: 02:30 | DEPUTY CLERK: Patsy L. Springs |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Herman representing IP Co., LLC<br>Nagendra Setty representing CellNet Technology, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [35]Motion for Discovery GRANTED<br>[44]Motion to Dismiss GRANTED<br>[66]Motion for Miscellaneous Relief GRANTED |
| MINUTE TEXT: | Hearing on pending motions. Court granted plf's motion (35)for discovery to compel, granted deft's motion (44)to dismiss count 2 and granted deft's motion (66)for appointment of special master. Court reserves ruling on the identity of special master and scheduling until Court rules on motion to consolidate cases. Counsel to prepare orders. |