1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 1 9 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IP CO., LLC,                    )
    Plaintiff,              )
                                )
-vs-                            )  Civil Action File
                                )  No. 1:05-CV-2658-CC
CELLNET TECHNOLOGY, INC.,       )
    Defendant.              )

Transcript of the Motions Hearing
Before the Honorable Clarence Cooper
December 18, 2006
Atlanta, Georgia

APPEARANCES:

On behalf of the Plaintiff:    John C. Herman, Esq.
                                          Antony L. Sanacory, Esq.

On behalf of the Defendant:    Nagendra Setty, Esq.
                                          Douglas L. Bridges, Esq.

Amanda Lohnaas, RMR, CRR
Official Court Reporter
United States District Court
Atlanta, Georgia