IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>   *Plaintiff*,<br><br> v.<br><br>CELLNET TECHNOLOGY, INC.,<br><br>   *Defendant*. | Civil Action No. 1:05-CV-2658-CC |

## JOINT MOTION TO DISMISS AND MEMORANDUM IN SUPPORT THEREOF

COME NOW Plaintiff IP Co. LLC ("IPCO") and Defendant Cellnet Technology, Inc ("Cellnet"), to file their Joint Motion to Dismiss and in support thereof would show the Court the following:

IPCO and Cellnet have reached an agreement that resolves all issues between them as related to the matters asserted in this lawsuit and as part of that agreement, are jointly seeking a DISMISSAL WITH PREJUDICE of all claims and counterclaims between them with each party to incur their respective costs.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court enter the proposed Agreed Order submitted with this Motion.

12098709.DOC

Dated: May 20, 2009

s/   John C. Herman
John C. Herman
  Georgia Bar No. 348370
Ryan K. Walsh
  Georgia Bar No. 735190

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
3424 Peachtree Street, N.E.,
Suite 1650
Atlanta, Georgia 30326

ATTORNEYS FOR PLAINTIFF
IP CO., LLC D/B/A INTUS IQ

s/   Nagendra Setty
Nagendra Setty
Georgia Bar No. 636205
Thad C. Kodish
Georgia Bar No. 427603
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, Georgia 30309

ATTORNEYS FOR DEFENDANT
CELLNET TECHNOLOGY, INC.

12098709.DOC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC, *Plaintiff*, v. CELLNET TECHNOLOGY, INC., *Defendant*. | Civil Action No. 1:05-CV-2658-CC |

## [PROPOSED] ORDER ON JOINT MOTION TO DISMISS

Before the Court is IP Co. LLC ("IPCO") and Cellnet Technology, Inc.'s ("Cellnet") Joint Motion to Dismiss. After considering the motion and finding that good cause exists for the granting of the same, it is hereby ORDERED that all claims asserted between IPCO and Cellnet are DISMISSED WITH PREJUDICE.

SO ORDERED this ____ day of May, 2009.

_____
CLARENCE COOPER
UNITED STATES DISTRICT COURT

12098709.DOC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>CELLNET TECHNOLOGY, INC.,<br><br>    *Defendant*. | Civil Action No. 1:05-CV-2658-CC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing "JOINT MOTION TO DISMISS AND MEMORANDUM IN SUPPORT THEREOF" with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing(s) to all attorneys of record.

DATED: May 20, 2009              s/ *Nagendra Setty*
                                                    Nagendra Setty
                                                  Georgia Bar No. 636205

12098709.DOC