FILED IN CLERK'S OFFICE
U.S.D.C.   Atlanta

JUL 1 7 2009

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IP CO., LLC,

       *Plaintiff,*

v.

CELLNET TECHNOLOGY, INC.,

       *Defendant.*

Civil Action No. 1:05-CV-2658-CC

## [PROPOSED] ORDER ON JOINT MOTION TO DISMISS

Before the Court is IP Co. LLC ("IPCO") and Cellnet Technology, Inc.'s

("Cellnet") Joint Motion to Dismiss.  After considering the motion and finding that

good cause exists for the granting of the same, it is hereby ORDERED that all

claims asserted between IPCO and Cellnet are DISMISSED WITH PREJUDICE.

SO ORDERED this _30_ day of June, 2009.

_____
CLARENCE COOPER
UNITED STATES DISTRICT COURT

12098709.DOC